IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 98–cv–02554–EWN

WENDY FAUSTIN,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*

      Defendants.

## ORDER

In accordance with the mandate from the United States Court of Appeals for the Tenth Circuit (#118), filed herein on December 27, 2005, it is

**ORDERED** as follows:

1. The judgment entered on May 24, 2004 (#117) is VACATED.

2. Summary judgment is hereby entered in favor of Defendants and against Plaintiff. The clerk shall forthwith enter judgment in favor of Defendants and against Plaintiff, dismissing the case with prejudice.

Dated this 29th day of December, 2005.

      BY THE COURT:

      s/ Edward W. Nottingham
      EDWARD W. NOTTINGHAM
      United States District Judge